BRETT L. TOLMAN, United States Attorney (#8821)
TRINA A. HIGGINS, Assistant United States Attorney (#7349)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT

2007 MAY 30  P 3: 06

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INDICTMENT |
| | : | |
| Plaintiff, | : | VIO. 18 U.S.C. §§ 2241(c) and 1153(a), Aggravated Sexual Abuse While Within Indian Country; |
| vs. | : | VIO. 18 U.S.C. §§ 113(a)(6) and 1153(a), Aggravated Assault Causing Serious Bodily Injury While Within Indian Country; |
| HARRISON BEGAYE, | : | |
| Defendant. | : | VIO. 18 U.S.C. §§ 113(a)(3) and 1153(a), Aggravated Assault With a Dangerous Weapon While Within Indian Country. |

Case: 2:07-cr-00345
Assigned To : Benson, Dee
Assign. Date : 5/30/2007
Description: USA v.

The Grand Jury Charges:

**COUNT I**
**(18 U.S.C. § 2241(c))**

On or about an unknown date between August 1, 2002 and May 9, 2007, in the

Central Division of the District of Utah,

HARRISON BEGAYE,

the defendant herein, an enrolled member of the Navajo Nation, while within the boundaries of the Navajo Indian Reservation, did knowingly engage in a sexual act with Ja.B. (D.O.B. 1/22/96), a child under the age of 12 years old, and attempted to do so; all in violation of 18 U.S.C. § 2241(a)(1) and 1153(a).

## COUNT II
### (18 U.S.C. § 113(a)(6))

On or about an unknown date between May 9, 2006 and May 9, 2007, in the Central Division of the District of Utah,

HARRISON BEGAYE,

the defendant herein, an enrolled member of the Navajo Nation, while within Indian country, did knowingly assault Ja.B. (D.O.B. 1/22/96), causing serious bodily injury, and attempted to do so; all in violation of 18 U.S.C. §§ 113(a)(6) and 1153(a).

## COUNT III
### (18 U.S.C. § 113(a)(3))

On or about an unknown date between May 9, 2006 and May 9, 2007, in the Central Division of the District of Utah,

HARRISON BEGAYE,

the defendant herein, an enrolled member of the Navajo Nation, while within Indian country, did knowingly assault Je.B. (D.O.B. 1/12/98), with a dangerous weapon, namely

a BB gun, with intent to do bodily harm; all in violation of 18 U.S.C. §§ 113(a)(3) and 1153(a).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

BRETT L. TOLMAN
UNITED STATES ATTORNEY

_____
TRINA A. HIGGINS
Assistant United States Attorney