**DEFENDANT EXHIBITS #3A & #3B**

## STIPULATION REGARDING PHOTOGRAPHS

The parties stipulate for purposes of the suppression hearing pending before this court that the two attached photographs represent the condition of the front yard area of the Begaye home and Harrison Begaye's approximate location when questioned by FBI Special Agent Matt Larson on May 25, 2007. The parties further stipulate that these photographs may be admitted for purposes of this hearing and will be designated as Defendant's Exhibit 3a (photograph of Begaye front yard–narrow view) and Defendant's Exhibit 3b (photograph of Begaye front yard–wide view).

DATED this 9th day of June 2008.

L. Clark Donaldson
Assistant Federal Defender

Robert L. Steele
Assistant Federal Defender

DATED this ____ day of June 2008.

Trina A. Higgins
Assistant United States Attorney

Case 2:07-cr-00345-DB  Document 52-2  Filed 06/18/08  PageID.122  Page 3 of 4



Case 2:07-cr-00345-DB  Document 52-2  Filed 06/18/08  PageID.122  Page 3 of 4

